UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE:                                CASE NO. 05-31805-PNS3
                                      CHAPTER 13
DOMINGO S. CALANSANAN
ILUMINADA C. CALANSANAN

            Debtor(s)         /

**CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT
OF UNCLAIMED FUNDS**

**COMES NOW,** LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

1. The Trustee has issued check(s) FOR: CASH AMERICA which remains outstanding and uncleared.

2. The Trustee has placed a Stop Payment Order with the bank on the check(s).

3. The Trustee is required to remit the funds to the Clerk of the U.S. Bankruptcy Court.

**WHEREFORE,** the Chapter 13 Trustee respectfully submits her check number 376118 in the amount of 23.54 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

```
                            /s/Leigh D. Hart or
                            /s/William J. Miller, Jr.
                                OFFICE OF THE CHAPTER 13 TRUSTEE
                                POST OFFICE BOX 646
                                TALLAHASSEE, FL 32302
                                ldhecf@earthlink.net
                                (850) 681-2734 "Telephone"
                                (850) 681-3920 "Facsimile"
```

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first

```
DOMINGO S. CALANSANAN          CASH AMERICA
ILUMINADA C. CALANSANAN        CASHLAND FINANCIAL SERVICES
124 RUBERIA AVE                27 TRIANGLE PARK DR.
PENSACOLA,  FL  32507          CINCINNATI, OH 45246

AND

LEWIS & JURNOVOY, P.A.
1100 NORTH PALAFOX STREET
PENSACOLA, FL 32501
```

on the same date as reflected on the Court's docket as the electronic filing date for this document.

```
                            /s/Leigh D. Hart or
                            /s/William J. Miller, Jr.
8/31/2009  1:25 pm / CR_213     OFFICE OF CHAPTER 13 TRUSTEE
```